*E-Filed 5/26/11*

THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350

HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7606
Fax: (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD PETERSON, and JON BOWIE on behalf of themselves and for the benefit of all with the common or general interest, any persons injured, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company; SONY ONLINE ENTERTAINMENT LLC, a Delaware Limited Liability Company; SONY CORPORATION OF AMERICA, a New York Corporation,<br><br>Defendants. | Case No. 3:11-cv-02242-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Richard Seeborg |

1          WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.), Sony Network Entertainment Internatinoal LLC ("SNEI"), Sony Online Entertainment LLC ("SOE"), and Sony Corporation of America ("SCA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

          WHEREAS, certain of the Sony Defendants have also been named as defendants in at least nineteen (19) putative class action lawsuits pending outside this District, to date;

          WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

          WHEREAS, the current deadlines for SCA, SNEI, and SCEA to respond to the Complaint are June 8, June 10, and June 13, 2011, respectively;

          WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

          NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

          The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

///

1    Either party may seek ex parte relief from this stipulated Order for good cause shown,
2    including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 26, 2011

JOHN R. PARKER, JR.
C. BROOKS CUTTER
WILLIAM A. KERSHAW
STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF, LLP

By:   /s/ John R. Parker /s/ [as authorized]
      John R. Parker
      Attorneys for Plaintiffs
      CHAD PETERSON and JON BOWIE

Dated: May 26, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:   /s/ Rocky C. Tsai /s/
      Rocky C. Tsai

      Attorneys for Defendants
      SONY COMPUTER
      ENTERTAINMENT AMERICA LLC,
      SONY NETWORK ENTERTAINMENT
      INTERNATIONAL LLC,
      SONY ONLINE ENTERTAINMENT
      LLC, and
      SONY CORPORATION OF AMERICA.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/26/11            By: _____
                               U. S. District Court Judge

-2-    STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
       RESPOND TO COMPLAINT
       CASE NO. 3:11-cv-02242-RS